# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4277

_____

| | | |
|---|---|---|
| Denise M. Irwin, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| Homestake Mining Co., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted:  June 11, 1998
Filed:  June 23, 1998

_____

Before BOWMAN, Chief Judge, HEANEY and LOKEN, Circuit Judges.

_____

PER CURIAM.

Denise M. Irwin appeals from the entry of summary judgment by the District Court[1] in favor of Homestake Mining Co. in Irwin's employment discrimination action. Having considered the briefs, the record, and the arguments of the parties, we conclude the District Court correctly granted Homestake's motion for summary judgment and

---

[1]The HONORABLE ANDREW W. BOGUE, United States District Judge for the District of South Dakota.

than an opinion would lack precedential value.  Accordingly, we affirm on the basis of the District Court's thorough and well-reasoned opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.